**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7039**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CHRISTIAN O. KANU,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. John R. Hargrove, Senior District Judge.
(CR-91-226-HAR, CA-94-2592-HAR)

---

Submitted: January 11, 1996        Decided: January 23, 1996

---

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Christian O. Kanu, Appellant Pro Se. Robert Reeves Harding, Assis-
tant United States Attorney, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his 28 U.S.C. § 2255 (1988) motion. He alleges that the district court committed sentencing errors and that he received ineffective assistance of counsel. However, because his claims of sentencing error could have been raised on appeal, but were not, he may not now assert them. See Stone v. Powell, 428 U.S. 465, 477 n.10 (1976) (nonconstitutional claims not raised on appeal may not be asserted in a collateral proceeding); United States v. Ward, 55 F.3d 412, 413 (8th Cir. 1995) (an allegation of error in the application or computation of the sentencing guidelines is not constitutional). We also find that Appellant has failed to establish that his attorney's performance was deficient or that he was prejudiced thereby. Strickland v. Washington, 466 U.S. 668, 693 (1984). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED